**Fill in this information to identify the case:**

Debtor name    **Vici Wellness, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:23-bk-10612-TA**

☐ Check if this is an amended filing

**Official Form 425A**

# Plan of Reorganization for Small Business Under Chapter 11

02/20

**Vici Wellness, Inc.** 's Plan of Reorganization, Dated  June 22, 2023

[If this plan is for a small business debtor under Subchapter V, 11 U.S.C. § 1190 requires that it include "(A) a brief history of the business operations of the debtor; (B) a liquidation analysis; and (C) projections with respect to the ability of the debtor to make payments under the proposed plan of reorganization." The Background section below may be used for that purpose. Otherwise, the Background section can be deleted from the form, and the Plan can start with "Article 1: Summary"]

**Background for Cases Filed Under Subchapter V**

### A. Description and History of the Debtor's Business

The Debtor is a corporation. Vici Wellness, Inc. was started by Jennifer Laird and Kymbirley Brake in August of 2018. Debtor offers a variety of wellness products, including wellness patches, oils, lotions, ayuvedic/aromatherapy rollers, candles, lip balms, matches, sleep masks, and other similar products. Debtor sells its products primarily on its website: www.viciwellness.com. It also utilizes Square and Fair as wholesale platforms for sale of its products.

### B. Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to the Plan as Exhibit  **E** .

### C. Ability to make future plan payments and operate without further reorganization

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business.

The Plan Proponent has provided projected financial information as Exhibit  **C** .

The Plan Proponent's financial projections show that the Debtor will have projected disposable income (as defined by § 1191(d) of the Bankruptcy Code) for the period described in § 1191(c)(2) of $  **41,494.89** .

The final Plan payment is expected to be paid on  **October 1, 2028** .

[Summarize the numerical projections, and highlight any assumptions that are not in accord with past experience. Explain why such assumptions should now be made.]

You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections.

### Article 1: Summary

This Plan of Reorganization (the *Plan*) under chapter 11 of the Bankruptcy Code (the *Code*) proposes to pay creditors of **Vici Wellness, Inc.** (the *Debtor*) from cash flow from operations and future income.

This Plan provides for:    **0**  classes of priority claims;

**0**  classes of secured claims;

**1**  classes of non-priority unsecured claims; and

**1**  classes of equity security holders.

Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately **100**  cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

### Article 2: Classification of Claims and Interests

| Debtor | Vici Wellness, Inc. | Case number (if known)   8:23-bk-10612-TA |
|---|---|---|
| | Name | |

| 2.01 | Class 1 | All allowed claims entitled to priority under § 507(a) of the Code (except administrative expense claims under § 507(a)(2), ["gap" period claims in an involuntary case under § 507(a)(3),] and priority tax claims under § 507(a)(8)). |
|---|---|---|
| | | **Debtor does not have any creditors in Class 1.** |
| 2.02 | Class 2 | The claim of ____, to the extent allowed as a secured claim under § 506 of the Code. |
| | | **Debtor does not have any creditors in Class 2.** |
| 2.03 | Class 3 | All non-priority unsecured claims allowed under § 502 of the Code. |
| | | **See Exhibit B-3 for the list of general unsecured creditors and their treatment under this plan.** |
| 2.04 | Class 4 | Equity interests of the Debtor. (If the Debtor is an individual, change this heading to *The interests of the individual Debtor in property of the estate.*) |
| | | **Kymbirley Brake is the Chief Financial Officer and Secretary of the Debtor and a 50% equity holder. Ms. Brake does not hold any pre-petition or post-petition claim against the Debtor. She will retain her equity interest in the Debtor as of the effective date.** |
| | | **Jennifer Laird is the Chief Operating Officer of the Debtor and a 50% equity holder. Ms. Laird does not hold any pre-petition or post-petition claim against the Debtor. She will retain her equity interest in the Debtor as of the effective date.** |
| | | **See Exhibit B-4 for the list of the equity security holders and treatment.** |

## Article 3: Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees

| 3.01 | **Unclassified claims** | Under section § 1123(a)(1), administrative expense claims, ["gap" period claims in an involuntary case allowed under § 502(f) of the Code,] and priority tax claims are not in classes. |
|---|---|---|
| 3.02 | **Administrative expense claims** | Each holder of an administrative expense claim allowed under § 503 of the Code, [and a "gap" claim in an involuntary case allowed under § 502(f) of the Code,] will be paid in full on the effective date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor. |
| | | 1. Law Offices of Michael Jay Berger (Debtor's bankruptcy counsel): fees are estimated at $20,000.00 subject to this Court's approval. Payment of approved fees and costs is due upon entry of the order unless a different payment arrangement is reached between the Debtor and its bankruptcy counsel. |
| | | 2. Subchapter V Trustee (Mark Sharf): fees are estimated at $11,520.00 subject to this Court's approval. Payment of approved fees and costs is due upon entry of the order unless a different payment arrangement is reached between the Debtor and Subchapter V Trustee. |
| 3.03 | **Priority tax claims** | Each holder of a priority tax claim will be paid [Specify terms of treatment consistent with § 1129(a)(9)(C) of the Code]. |
| | | Internal Revenue Service (the "IRS") holds a priority tax claim in the amount of $1,839.89 [POC #2] which is to be paid in full within 5 years from the petition date at the applicable interest rate, currently 7%. Monthly amortized payment amount is $39.82, with the first payment of $39.82 due on the effective date, and every month thereafter until the claim is paid in full. See Exhibit B-2 for treatment of IRS' claim and the amortization schedule. |
| 3.04 | **Statutory fees** | All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the effective date of this Plan have been paid or will be paid on the effective date. |
| 3.05 | **Prospective quarterly fees** | All quarterly fees required to be paid under 28 U.S.C. § 1930(a)(6) or (a)(7) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code |

## Article 4: Treatment of Claims and Interests Under the Plan

4.01   Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 - Priority claims excluding those in Article 3 <br><br> **Debtor does not have any Class 1 creditors** | ☐ Impaired <br> ☐ Unimpaired | [Insert treatment of priority claims in this Class, including the form, amount and timing of distribution, if any. <br><br> For example: "Class 1 is unimpaired by this Plan, and each holder of a Class 1 Priority Claim will be paid in full, in cash, upon the later of the effective date of this Plan, or the date on which such claim is allowed by a final non-appealable |

Debtor    **Vici Wellness, Inc.**
Name

Case number (*if known*)    **8:23-bk-1061 2-TA**

| | | | |
|---|---|---|---|
| | | | order. Except: ____."]<br>[Add classes of priority claims, if applicable] |
| **Class 2 – Secured claim of**<br><br>**Debtor does not have any<br>Class 2 creditors** | ☐ Impaired<br>☐ Unimpaired | | [Insert treatment of secured claim in this Class, including the form, amount and timing of distribution, if any.]<br>[Add classes of secured claims if applicable] |
| **Class 3 – Non-priority<br>unsecured creditors** | ☑ Impaired<br>☐ Unimpaired | | **Holders of general unsecured claims in Class 3 will be paid 100% of such creditor's allowed claims over 60 months without an interest, with the first payment of $8,130.29 due on the effective date, followed by 59 consecutive monthly payments, each in the amount of $8,130.29 and due on the first day of each month until the claims are paid in full.** |
| **Class 4 - Equity security<br>holders of the Debtor** | ☐ Impaired<br>☑ Unimpaired | | **Kymbirley Brake is the Chief Financial Officer and Secretary of the Debtor and a 50% equity holder. Ms. Brake does not hold any pre-petition or post-petition claim against the Debtor. She will retain her equity interest in the Debtor as of the effective date.**<br><br>**Jennifer Laird is the Chief Operating Officer of the Debtor and a 50% equity holder. Ms. Laird does not hold any pre-petition or post-petition claim against the Debtor. She will retain her equity interest in the Debtor as of the effective date.** |

## Article 5: Allowance and Disallowance of Claims

| | | |
|---|---|---|
| 5.01 | **Disputed Claim** | A *disputed claim* is a claim that has not been allowed or disallowed [by a final non-appealable order], and as to which either:<br>(i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or<br>(ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.<br>**See Exhibits B-1 through B-4 to see which claims are marked as disputed and/or disallowed.** |
| 5.02 | **Delay of distribution on a<br>disputed claim** | No distribution will be made on account of a disputed claim unless such claim is allowed [by a final non-appealable order]. |
| 5.03 | **Settlement of disputed<br>claims** | The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. |

## Article 6: Provisions for Executory Contracts and Unexpired Leases

| | | |
|---|---|---|
| 6.01 | **Assumed executory<br>contracts and unexpired<br>leases** | (a) The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date:<br>**Debtor is not a party to any executory contracts or unexpired leases.** |
| | | (b) Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the effective date or under section 6.01(a) of this Plan, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date.<br>A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than ____ days after the date of the order confirming this Plan. |

## Article 7: Means for Implementation of the Plan

| Debtor | Vici Wellness, Inc. | Case number *(if known)*  **8:23-bk-1061 2-TA** |
|---|---|---|
| | Name | |

Distribution to creditors under this Plan will be funded primarily from the following sources: (a) the Debtor's cash on hand on the Effective Date and (b) the net income derived from the continued operation of the Debtor's business. A schedule showing the projected disposable income which is expected to be available for payment to creditors is attached as Exhibit-C.

This plan proposes to pay creditors using the net disposable income of the debtor over the five-year period after the Effective Date. This plan will allow non-insider general unsecured creditors (Class 3) to recover one hundred percent (100%) more than if the Debtor's assets were sold in a hypothetical Chapter 7 liquidation and the proceeds paid out to each Creditor respective creditors. Debtor believes that this Plan represents the best possible return to holders of claims. The Debtor believes that this plan will successfully reorganize the Debtor and that the confirmation of this Plan is in the best interests of the Debtor, its creditors, and equity interest holder. Accordingly, the Debtor strongly urges its creditors to vote in favor of this Plan. The Debtor will become the Reorganized Debtor on the Effective Date. The Reorganized Debtor shall be responsible for managing its assets and financial affairs. On the Effective Date, Kymbirley Brake and Jennifer Laird, who are the owners of the Debtor, shall remain the owners of the Reorganized Debtor with the same proportionate equity ownership interest as it existed prior to the filing of Debtor's bankruptcy. Kymbirley Brake as the Chief Financial Officer of the Reorganized Debtor, shall serve as the Disbursing Agent for all obligations of Reorganized Debtor under this Plan and shall not be compensated for the services as a disbursing agent.

## Article 8: General Provision

| 8.01 | Definitions and rules of construction | The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions:

Equity Interests" means and Includes (i) all of the outstanding shares of the Debtor's capital stock, (ii) any and all other outstanding equity interests in the Debtor, (iii) any and all outstanding options, restricted stock units, warrants and other rights exercisable for or convertible into any shares of the Debtor's capital stock or any other equity interests in the Debtor, and (iv) any and all contractual rights and other rights relating to any of the Equity Interests described in clauses (i), (ii) and/or (iii) above, including, without limitation, any and all rights under Debtor's Amended and Restated Certificate of Incorporation, Debtor's Amended and Restated Bylaws, any Right of First Refusal and Co-Sale Agreement, any Investors' Rights Agreement, any Voting Agreement, any Shareholders Agreement or other agreement among Debtor and any holder(s) of any Equity Interests, any Stock Option Agreement, any Restricted Stock Units Agreement and any Warrant.

"Reorganized Debtor" means the Debtor, as reorganized in accordance with the terms and provisions of the Plan, on and after the effective date. Wherever in the Plan and supporting documents the term "reorganized" precedes "Debtor," if shall mean the Debtor as reorganized on and after the effective date. |
|---|---|---|
| 8.02 | Effective Date | The effective date of this Plan is the first business day following the date that is 14 days after the entry of the confirmation order. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated. |
| 8.03 | Severability | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 8.04 | Binding Effect: | The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity. |
| 8.05 | Captions | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |
| [8.06 | Controlling Effect | Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of __CA__ govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.] |
| [8.07 | Corporate Governance | All equity interests will remain as is. Kymbirley Brake and Jennifer Laird will remain as the Reorganized Debtor's shareholders without any changes in his ownership interest. Debtor reserves the right to make such amendments to its corporate governance documents as Debtor, in its sole discretion, desires to make, including, without limitation, amendments that remove and/or delete authorizations for, references to and/or descriptions of the rights, preferences or privileges of, any Equity interests cancelled and extinguishes under this Plan. |

| Debtor | Vici Wellness, Inc. | Case number (*if known*)  **8:23-bk-10612-TA** |
|---|---|---|
| | Name | |

[8.08    **Retention of Jurisdiction**    The Bankruptcy Court, or other court of competent jurisdiction, will retain jurisdiction over the Bankruptcy Case and any of the proceedings arising from, or relating to, the bankruptcy case pursuant to section 1142 of the Bankruptcy Code and 28 U.S.C. § 1334 to the fullest extent permitted by the Bankruptcy Code and other applicable law, including without limitation, such jurisdiction as is necessary to ensure that the purposes and intent of the Plan are carried out. Such retention includes, among other things, jurisdiction (a) to hear and determine any and all disputes regarding the operation and interpretation of the Plan and the Confirmation Order; (b) to hear and determine the allowance, classification, or priority of claims and interests upon objection by the Debtor, the Reorganized Debtor, or by other parties in interest with standing to bring such objection or proceeding; (c) to hear and determine any and all disputes relating to the sale, refinance, or other disposition of property or any other assets revesting in the Reorganized Debtor under the Plan, including, but not limited to, the determination of the extent, validity, and priority of any lien asserted against such property and any disputes with respect to the transfer of title of any such property; (d) to construe anti take any action to enforce the Plan, the Confirmation Order, and any other order of the Court; (e) to issue such orders as may be necessary for the implementation, execution, performance, and consummation of the Plan, the confirmation order, and all matters referred to in the Plan, and the confirmation order; (f) to determine all matters that may be pending before the Court in this case, or relate to property of the estate, on or before the effective date with respect to any person or entity related thereto; (g) to hear and determine (to the extent necessary) any and all applications for allowance of compensation and reimbursement of expenses of professionals for the period on or before the effective date; (h) to hear and determine any request for payment of administrative expenses; (i) to hear and determine all applications, motions, adversary proceedings, contested matters, and any other litigated matters instituted during the pendency of this case whether before, on, or after the effective date; (1) to hear and determine such other matters and for such other purposes as may be provided in the confirmation order, (k) to modify the Plan under section 1127 of the Bankruptcy Code in order to remedy any apparent defect or omission in the Plan or to reconcile any inconsistency in the Plan so as to carry out its intent and purpose; (l) except as otherwise provided in the Plan or the confirmation order, to issue injunctions to take such other actions or make such other orders as may be necessary or appropriate to restrain interference with the Plan or the confirmation order, or the execution or implementation by any person or entity of the Plan or the confirmation order; (m) to issue such orders in aid of consummation of the Plan or the confirmation order, notwithstanding any otherwise applicable non-bankruptcy law, with respect to any person or entity, to the fullest extent authorized by the Bankruptcy Code or Bankruptcy Rules; and (n) to enter a final decree closing this case. If the Bankruptcy Court abstains from exercising, or declines to exercise, jurisdiction or is otherwise without jurisdiction over any matter arising out of the Plan, such abstention, refusal or failure of exercise shall have no effect upon and shall not control, prohibit or limit the exercise of jurisdiction by any other court having competent jurisdiction with respect to such matter.

## Article 9: Discharge

**[Discharge if the Debtor is a corporation under Subchapter V]**

If the Debtor's Plan is confirmed under § 1191(a), on the effective date of the Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt:

(i) imposed by this Plan; or

(ii) to the extent provided in § 1141(d)(6).

If the Debtor's Plan is confirmed under § 1191(b), confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the first 3 years of this Plan, or as otherwise provided in § 1192 of the Code. The Debtor will not be discharged from any debt:

(i) on which the last payment is due after the first 3 years of the plan, or as otherwise provided in § 1192;

or

(ii) excepted from discharge under § 523(a) of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

## Article 10: Other Provisions

[Insert other provisions, as applicable.]

Debtor  **Vici Wellness, Inc.**                                        Case number (*if known*)  **8:23-bk-10612-TA**
Name

(a)  Within five (5) business days of the effective date, the Debtor shall file with the court a Notice of the Plan's Effective Date.

(b)  Pursuant to 11 U.S.C. § 1183(c)(2), within 14 days after the Plan is substantially consummated, the Debtor shall file with the court and serve on the trustee, the United States trustee, and all parties in interest a notice of such substantial consummation.

(c)  The Debtor shall file with the court and serve on the United States Trustee and Subchapter V Trustee post-confirmation quarterly reports that shall include all of their respective disbursements for that quarter until the case is closed, converted, or dismissed.

(d)  In the event that the Debtor materially defaults in the performance of its obligation under the Plan by missing 3 consecutive payments and does not cure the default within fifteen (15) days after receipt of written notice of material default from the creditor to whom the performance is due, then the entity or individual to whom the performance is due may pursue such remedies as available at law or equity, and/or seek conversion or dismissal of the case under 11 U.S.C. §1112(b)(4)(N).  An event of material default occurring with respect to one claim shall not be an event of material default with respect to any other claim.

(e)  In the event the Debtor's case is converted to that under chapter 7, the Debtor and/or Chapter 7 Trustee reserve the right to pursue any potential avoidance actions.

Respectfully submitted,

X _____          **Kymbirley Brake**
[Signature of the Plan Proponent]                   [Printed name]

X _____          **Sofya Davtyan**
[Signature of the Attorney for the Plan Proponent]  [Printed name]

**EXHIBIT-A**

**(Assets of Debtor and Valuation as of Plan Confirmation)**

# EXHIBIT - A
# LIST OF ALL PROPERTY OF THE ESTATE AND VALUATIONS AS OF THE PLAN CONFIRMATION DATE

| Property Description | Valuation As of Plan Confirmation | Liquidation Value |
|---|---|---|
| DIP Account ending balance as of May 31, 2023 | $100,721.95 | $100,721.95 |
| Inventory: Wellness patches, oils, rollers, diffusers, sage, candles, bath bombs, packagings, lip balms, matches, sleep mask, tincture, and other miscellaneous supplies. | $160,928.00 | $160,928.00 |
| *Total Value for the Assets* | **$261,649.95** | **$261,649.95** |

**EXHIBIT-B**

**EXHIBIT B-1**

**(Secured Claims)**

## EXHIBIT B-1
## SECURED CLAIMS
### VICI WELLNESS, INC. / CASE NO.: 8:23-bk-10612-TA

| Secured Creditors | Class | Scheduled Amount | Proof of Claim Amount | Pre-Petition Arrearages | Disputed Yes/No | Total Allowed Secured Claim | Amount Paid on the Effective Date (Estimated to be October 2023) | Amount Paid After the Effective Date | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Debtor does not have any secured creditors. | | | | | | | | | |
| *Total Liabilities* | | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | |

**EXHIBIT B-2**

**(Priority Unsecured Claims)**

**EXHIBIT B-2**

**PRIORITY UNSECURED CLAIMS**

**VICI WELLNESS, INC. / CASE NO.: 8:23-bk-10612-TA**

| Priority Creditors | Class | Scheduled Amount | Proof of Claim Amount | Disputed Yes/No | Total Amount of Allowed Priority Unsecured Claim | Amount Paid on the Effective Date (Estimated to be October 2023) | Amount Paid After the Effective Date | Comments |
|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service, Insolvency Group 8, 1301 Clay St., M/S 1400S, Oakland, CA 94612 [POC #2] | N/A | Not scheduled | $1,839.89 | No | $1,839.89 | $39.82 | $39.82 | |
| Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952, Sacramento, CA 95812-2952 [POC #1] | N/A | $0.00 | $0.00 | No | $0.00 | N/A | N/A | |
| *Total Liabilities* | | $0.00 | $1,839.89 | | $1,839.89 | $39.82 | $39.82 | |

Mortgage Calculator — Auto Loan Calculator — Loan Calculator — Refinance Calculator — Business Loan Calculator

*IRS*

## Loan Amortization Calculator

Are you interested in getting a loan, but you want to know what it will cost you first? Are you looking at a personal loan offer and wondering how much you'll save on interest if you use it to consolidate your credit cards? If so, you can use this loan calculator to answer these questions. Enter your loan amount, interest rate, term, and start date, and this calculator will give you all the information you need nearly instantaneously! You can use this calculator for most loans, including auto loans, personal loans, mortgages, and more! Before you take the money from your lender, see precisely how much it's going to cost you.

Loan Amount:

$ 1,840

### $39.82
Monthly Payment

Interest Rate:

7    %

### $310
Total Interest Paid

Loan Term:

54    months ⌄

### $2,150
Total of 54 Payments

Oct, 2023
Loan Closing

Mar, 2028
Loan Payoff

Start Date:

Oct ⌄    202 ⌄

# Amortization Schedule

| Date | Interest | Principal | Balance |
|------|----------|-----------|---------|
| Oct, 2023 | $11 | $29 | $1,811 |
| Nov, 2023 | $11 | $29 | $1,782 |
| Dec, 2023 | $10 | $29 | $1,752 |
| **2023** | **$32** | **$88** | **$1,752** |
| Jan, 2024 | $10 | $30 | $1,723 |
| Feb, 2024 | $10 | $30 | $1,693 |
| Mar, 2024 | $10 | $30 | $1,663 |
| Apr, 2024 | $10 | $30 | $1,633 |
| May, 2024 | $10 | $30 | $1,602 |
| Jun, 2024 | $9 | $30 | $1,572 |
| Jul, 2024 | $9 | $31 | $1,541 |
| Aug, 2024 | $9 | $31 | $1,510 |
| Sep, 2024 | $9 | $31 | $1,479 |
| Oct, 2024 | $9 | $31 | $1,448 |
| Nov, 2024 | $8 | $31 | $1,417 |
| Dec, 2024 | $8 | $32 | $1,385 |
| **2024** | **$111** | **$367** | **$1,385** |
| Jan, 2025 | $8 | $32 | $1,354 |
| Feb, 2025 | $8 | $32 | $1,322 |
| Mar, 2025 | $8 | $32 | $1,290 |
| Apr, 2025 | $8 | $32 | $1,257 |
| May, 2025 | $7 | $32 | $1,225 |
| Jun, 2025 | $7 | $33 | $1,192 |
| Jul, 2025 | $7 | $33 | $1,159 |
| Aug, 2025 | $7 | $33 | $1,126 |
| Sep, 2025 | $7 | $33 | $1,093 |
| Oct, 2025 | $6 | $33 | $1,060 |
| Nov, 2025 | $6 | $34 | $1,026 |
| Dec, 2025 | $6 | $34 | $992 |
| **2025** | **$85** | **$393** | **$992** |
| Jan, 2026 | $6 | $34 | $958 |
| Feb, 2026 | $6 | $34 | $924 |
| Mar, 2026 | $5 | $34 | $889 |
| Apr, 2026 | $5 | $35 | $855 |
| May, 2026 | $5 | $35 | $820 |
| Jun, 2026 | $5 | $35 | $785 |
| Jul, 2026 | $5 | $35 | $750 |
| Aug, 2026 | $4 | $35 | $714 |
| Sep, 2026 | $4 | $36 | $679 |
| Oct, 2026 | $4 | $36 | $643 |
| Nov, 2026 | $4 | $36 | $607 |
| Dec, 2026 | $4 | $36 | $570 |

| Date | Interest | Principal | Balance |
|------|----------|-----------|---------|
| **2026** | **$56** | **$422** | **$570** |
| Jan, 2027 | $3 | $36 | $534 |
| Feb, 2027 | $3 | $37 | $497 |
| Mar, 2027 | $3 | $37 | $460 |
| Apr, 2027 | $3 | $37 | $423 |
| May, 2027 | $2 | $37 | $386 |
| Jun, 2027 | $2 | $38 | $348 |
| Jul, 2027 | $2 | $38 | $310 |
| Aug, 2027 | $2 | $38 | $272 |
| Sep, 2027 | $2 | $38 | $234 |
| Oct, 2027 | $1 | $38 | $196 |
| Nov, 2027 | $1 | $39 | $157 |
| Dec, 2027 | $1 | $39 | $118 |
| **2027** | **$26** | **$452** | **$118** |
| Jan, 2028 | $1 | $39 | $79 |
| Feb, 2028 | $0 | $39 | $40 |
| Mar, 2028 | $0 | $40 | $0 |
| **2028** | **$1** | **$118** | **$0** |

# Frequently Asked Questions

### How to get a loan?

The process for getting a loan depends mostly on what its purpose is. If you're looking for a debt consolidation loan, for example, you'll need to apply with a bank and provide the list of creditors (and the amounts) that this loan will pay off. If you're looking for a loan to finance a vacation or another large purchase, you'll need to apply with some other documentation.

No matter which loan you choose, the process tends to be the same. You'll apply with a bank, credit union, or another lender type. The lender will likely pull your credit report and see if you meet the qualifications for the loan. If you do, you'll receive an offer for a specific sum of money at an APR. Once you accept that offer, the lender will send the funds your way!

### How to get a loan with bad credit?

If you're looking for a loan with bad credit, the first thing you should know is that it is very much possible to get one! People often assume that lenders will deny them, and they don't even bother applying if they have bad credit. However, as with most financial products, there's a lot more than just your credit score that goes into a credit decision.

If you have bad credit, you should first look at some well-known lenders who work with people who have bad credit. Many lenders will provide loans to people with credit scores as low as 580. Therefore, the application process is simple: check your credit score, find a lender that works with lower scores, and apply online or over the phone! Please note that you may have a high APR with a low credit score, so use a loan calculator like this one to ensure taking the loan is a wise financial choice!

### How to calculate interest on a loan?

You can calculate interest on a loan in one of two ways. The easiest way is to use a loan calculator. With these handy online tools, you'll enter some necessary information and get all the vital information, such as the monthly payment and total interest cost, right away.

However, it is possible to calculate the interest on a personal loan manually. Most loans use the simple interest method. With this method, you'd take the interest rate and divide it by the number of payments you must make per year (usually, this is 12). You'd then multiply it by the balance remaining. This amount would be the interest you'd pay for the month. As a quick example, if you owe $10,000 at 6% per year, you'd divide 6% by 12 and multiply that by $10,000. The amount is 0.5% * $10,000 = $50.

If you pay $500 in the month, $450 will go to the principal, and $50 to interest. The next month's interest would be 0.5% * $9,550 = $47.75.

**EXHIBIT B-3**

**(General Unsecured Claims)**

**EXHIBIT B-3**

**GENERAL UNSECURED CLAIMS**

**VICI WELLNESS INC. / CASE NO.: 8:23-bk-10612-TA**

| General Unsecured Creditors | Class | Scheduled Amount | Proof of Claim Amount | Disputed Yes/No | Total Amount of Allowed Unsecured Claim | Amount Paid on the Effective Date (Estimated to be October 2023) | Amount Paid After the Effective Date | Comments |
|---|---|---|---|---|---|---|---|---|
| American Express National Bank c/o Becket and Lee LLP PO Box 3001, Malvern, PA 19355-0701 [POC #3] | 3 | $291,305.80 | $291,298.27 | No | $291,298.27 | $4,854.97 | $4,854.97 | |
| Internal Revenue Service, Insolvency Group 8, 1301 Clay St., M/S 14005, Oakland, CA 94612 [POC #2] | 3 | Not Scheduled | $4,459.26 | No | $4,459.26 | $74.32 | $74.32 | |
| ODK Capital, LLC 1400 Broadway, New York, NY 10018 [POC #4] | 3 | $83,498.79 | $81,907.94 | No | $81,907.94 | $1,365.13 | $1,365.13 | |
| The Business Backer 10859 Reed Hartman Hwy, #100, Cincinatti, OH 45242 [POC #5] | 3 | $106,773.80 | $110,152.70 | No | $110,152.70 | $1,835.87 | $1,835.87 | |
| *Total Liabilities* | | $481,578.39 | $487,818.17 | | $487,818.17 | $8,130.29 | $8,130.29 | |

**EXHIBIT B-4**

**(List of Equity Interest Holders)**

# EXHIBIT B-4
## INTEREST HOLDERS
### VICI WELLNESS, INC / CASE NO.: 8:23-BK-10612-TA

| INTEREST HOLDERS | Class | Scheduled Amount | Claimed Amount | Disputed Yes/No | Total Amount of Allowed Unsecured Claim | Amount on Effective Date | Amount Paid After the Effective Date | Comments |
|---|---|---|---|---|---|---|---|---|
| Kymbirley Brake 8941 Atlanta Ave., #313, Huntington Beach, CA 92646 | Class 4 | None | N/A | No | N/A | N/A | N/A | Ms. Brake is the Chief Financial Officer and Secretary of the Debtor and a 50% shareholder. She does not hold a claim against Debtor's estate. |
| Jennifer Laird 8941 Atlanta Ave., #313, Huntington Beach, CA 92646 | Class 4 | None | N/A | No | N/A | N/A | N/A | Ms. Laird is the Chief Executive Officer of the Debtor and a 50% shareholder. She does not hold a claim against Debtor's estate. |
| Total Liabilities | | | N/A | | | | | |

**EXHIBIT-C**

**(5-Year Projections)**

**YEAR #1**

## VICI WELLNESS - 5 YEAR PROJECTION
### Year One

| Period | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| FAIRE INCOME | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| WEBSITE SALES | $170,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $180,000.00 | $180,000.00 | $180,000.00 | $180,000.00 | $180,000.00 | $180,000.00 | $180,000.00 |
| WHOLESALE (via Square or Faire) | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Surrender Advertising Income | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | | | | | | | | |
| Estimated Value of DIP Account at Confirmation | $100,788.25 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Total Income | $274,588.25 | $171,800.00 | $171,800.00 | $171,800.00 | $171,800.00 | $181,800.00 | $181,800.00 | $181,800.00 | $181,800.00 | $181,800.00 | $181,800.00 | $181,800.00 |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| COGS | $14,000.00 | $14,000.00 | $14,000.00 | $14,000.00 | $14,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Packaging materials | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Postage | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 |
| Advertising - Advida | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Advertising - Facebook/Google | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| Auto Expense (Kymbirley Brake: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 |
| Auto Expense (Jennifer Laird: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | | | | | | | | | | | | |
| Bank/Wire Transfer Fees | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Customer Service Rep | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Packaging (Nicole) | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Insurance (worker's compensation, general liability, and blue cross medical for Jennifer and Kym) | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Jennifer Laird (CEO compensation) | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Kymbirley Brake (CFO compensation) | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 |
| Life insurance (for Kym and Jennifer) | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 |
| | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Home Office and Cell phone (Jennifer Laird) | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commmissions | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Dues / Subs | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 |
| Wiz (marketing) | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Storage | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Office/Rent | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Business Phone | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Sales Tax | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Law Offices of Michael Jay Berger (Estimated; Subject to Court Approval) | $20,000.00 | | | | | | | | | | | | |
| Subchapter V Trustee Fee (Estimated, Subject to Court Approval) | $11,520.00 | | | | | | | | | | | | |
| Internal Revenue Service - Priority Unsecured Claim | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 |
| American Express National Bank - Class 3 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 |
| Internal Revenue Service - Class 3 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 |
| ODK Capital, LLC - Class 3 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 |
| The Business Backer - Class 3 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 |
| Total Expenses | $161,825.11 | $130,305.11 | $130,305.11 | $130,305.11 | $130,305.11 | $131,305.11 | $131,305.11 | $131,305.11 | $131,305.11 | $131,305.11 | $131,305.11 | $131,305.11 | $131,305.11 |
| Monthly Net Income | $112,763.14 | $41,494.89 | $41,494.89 | $41,494.89 | $41,494.89 | $50,494.89 | $50,494.89 | $50,494.89 | $50,494.89 | $50,494.89 | $50,494.89 | $50,494.89 | $50,494.89 |

**YEAR #2**

## VICI WELLNESS - 5 YEAR PROJECTION
### Year Two

| Period | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| FAIRE INCOME | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| WEBSITE SALES | $190,000.00 | $190,000.00 | $190,000.00 | $190,000.00 | $190,000.00 | $190,000.00 | $200,000.00 | $200,000.00 | $200,000.00 | $200,000.00 | $200,000.00 | $200,000.00 |
| WHOLESALE (via Square or Faire) | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Surrender Amazon | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| **Total Income** | $193,800.00 | $193,800.00 | $193,800.00 | $193,800.00 | $193,800.00 | $193,800.00 | $203,800.00 | $203,800.00 | $203,800.00 | $203,800.00 | $203,800.00 | $203,800.00 |
| **Expenses** | | | | | | | | | | | | |
| COGS | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| Packaging materials | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Postage | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Advertising - Advida | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Advertising - Facebook/Google | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 |
| Auto Expense (Kymbirley Brake: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 |
| Auto Expense (Jennifer Laird: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | $780.00 | | | | | | | | | | | |
| Bank/Wire Transfer Fees | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Customer Service Rep | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Packaging (Nicole) | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Insurance (worker's compensation, general liability, and blue cross medical for Jennifer and Kym) | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Jennifer Laird (CEO compensation) | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Kymbirley Brake (CFO compensation) | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 |
| Life Insurance (for Kym and Jennifer) | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 |
| Home Office and Cell phone (Jennifer Laird) | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 |
| Commissions | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Dues / Subs | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Wiz (marketing) | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 |
| | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Storage | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Office/Rent | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Business Phone | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Sales Tax | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Internal Revenue Service - Priority Unsecured Claim | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 |
| American Express National Bank - Class 3 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 |
| Internal Revenue Service - Class 3 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 |
| ODK Capital, LLC - Class 3 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 |
| The Business Backer - Class 3 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 |
| Total Expenses | $141,405.11 | $141,405.11 | $141,405.11 | $141,405.11 | $141,405.11 | $148,905.11 | $148,905.11 | $148,905.11 | $148,905.11 | $148,905.11 | $148,905.11 |
| Monthly Net Income | $52,394.89 | $52,394.89 | $52,394.89 | $52,394.89 | $52,394.89 | $54,894.89 | $54,894.89 | $54,894.89 | $54,894.89 | $54,894.89 | $54,894.89 |

**YEAR #3**

# VICI WELLNESS - 5 YEAR PROJECTION
## Year Three

| Period | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| FAIRE INCOME | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| WEBSITE SALES | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 |
| WHOLESALE (via Square or Faire) | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Surrender Amazon | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| **Total Income** | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 | $213,800.00 |
| **Expenses** | | | | | | | | | | | | |
| COGS | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 |
| Packaging materials | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Postage | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Advertising - Advida | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Advertising - Facebook/Google | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Auto Expense (Kymbirley Brake: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 |
| Auto Expense (Jennifer Laird: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | | | | | | | | | | | | |
| Packaging & delivery | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Bank/Wire Transfer Fees | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Customer Service Rep | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Packaging (Nicole) | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Insurance (worker's compensation, general liability, and blue cross medical for Jennifer and Kym) | | | | | | | | | | | | |
| Jennifer Laird (CEO compensation) | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Kymbirley Brake (CFO compensation) | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 |
| Life insurance (for Kym and Jennifer) | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 |
| Home Office and Cell phone (Jennifer Laird) | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 |
| Commissions | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Dues / Subs | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Wiz (marketing) | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 |
| | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Storage | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Office/Rent | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Business Phone | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Sales Tax | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Internal Revenue Service - Priority Unsecured Claim | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 |
| American Express National Bank - Class 3 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 |
| Internal Revenue Service - Class 3 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 |
| ODK Capital, LLC - Class 3 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 |
| The Business Backer - Class 3 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 |
| | | | | | | | | | | |
| Total Expenses | $155,905.11 | $155,905.11 | $155,905.11 | $155,905.11 | $155,905.11 | $155,905.11 | $155,905.11 | $155,905.11 | $155,905.11 | $155,905.11 |
| Monthly Net Income | $57,894.89 | $57,894.89 | $57,894.89 | $57,894.89 | $57,894.89 | $57,894.89 | $57,894.89 | $57,894.89 | $57,894.89 | $57,894.89 |

**YEAR #4**

## VICI WELLNESS - 5 YEAR PROJECTION
### Year Four

| Period | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| FAIRE INCOME | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| WEBSITE SALES | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 | $220,000.00 |
| WHOLESALE (via Square or Faire) | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Amazon Surrender | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| **Total Income** | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 | $223,800.00 |
| **Expenses** | | | | | | | | | | | | |
| COGS | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 |
| Packaging materials | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Postage | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 | $19,000.00 |
| Advertising - Adivda | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Advertising - Facebook/Google | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 |
| Auto Expense (Kymbirfey Brake: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 | $780.00 |
| Auto Expense (Jennifer Laird: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Bank/Wire Transfer Fees | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Customer Service Rep | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Packaging (Nicole) | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Insurance (worker's compensation, general liability, and blue cross medical for Jennifer and Kym) | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Jennifer Liard (CEO compensation) | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 | $4,775.00 |
| Kymbirley Brake (CFO compensation) | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 | $7,063.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Life Insurance (for Kym and Jennifer) | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 |
| Home Office and Cell phone (Jennifer Laird) | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commmissions | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Dues / Subs | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 | $6,700.00 |
| Wiz (marketing) | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Storage | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Office/Rent | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Business Phone | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Sales Tax | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Internal Revenue Service - Priority Unsecured Claim | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 |
| American Express National Bank - Class 3 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 |
| Internal Revenue Service - Class 3 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 |
| ODK Capital, LLC - Class 3 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 |
| The Business Backer - Class 3 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 |
| Total Expenses | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 | $169,405.11 |
| Monthly Net Income | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 | $54,394.89 |

**YEAR #5**

# VICI WELLNESS - 5 YEAR PROJECTION
## Year Five

| Period | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| FAIRE INCOME | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 |
| WEBSITE SALES | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 | 220,000.00 |
| WHOLESALE (via Square or Faire) | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Amazon Surrender | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| **Total Income** | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 | 223,800.00 |
| **Expenses** | | | | | | | | | | | | |
| COGS | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 |
| Packaging materials | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| Postage | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 |
| Advertising - Advida | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Advertising - Facebook/Google | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 |
| Auto Expense (Kymbirley Brake: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 |
| Auto Expense (Jennifer Laird: includes insurance, gas, car payment); vehicle is used for transporting packages and delivery | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| Bank/Wire Transfer Fees | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Customer Service Rep | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Packaging (Nicole) | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Insurance (worker's compensation, general liability, and blue cross medical for Jennifer and Kym) | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| Jennifer Liard (CEO compensation) | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 | 4,775.00 |
| Kymbirley Brake (CFO compensation) | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 | 7,063.00 |
| Life Insurance (for Kym and Jennifer) | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 |
| Home Office and Cell phone (Jennifer Laird) | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Commissions | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Dues / Subs | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 | 6,700.00 |
| Wiz (marketing) | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Storage | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Office/Rent | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Business Phone | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Sales Tax | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Internal Revenue Service - Priority Unsecured Claim | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $39.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Express National Bank - Class 3 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 | $4,854.97 |
| Internal Revenue Service - Class 3 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 | $74.32 |
| ODK Capital, LLC - Class 3 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 | $1,365.13 |
| The Business Backer - Class 3 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 | $1,835.87 |
| Total Expenses | $162,405.11 | $162,405.11 | $162,405.11 | $162,405.11 | $162,405.11 | $162,405.11 | $162,365.29 | $162,365.29 | $162,365.29 | $162,365.29 | $162,365.29 | $162,365.29 | $162,365.29 |
| Monthly Net Income | $61,394.89 | $61,394.89 | $61,394.89 | $61,394.89 | $61,394.89 | $61,394.89 | $61,434.71 | $61,434.71 | $61,434.71 | $61,434.71 | $61,434.71 | $61,434.71 | $61,434.71 |

**EXHIBIT-D**

**(Monthly Operating Report Summary)**

## Monthly Operating Report Summary

| MONTH | TOTAL CASH RECEIPTS | TOTAL CASH DISBURSEMENTS | NET CASH FLOW |
|---|---|---|---|
| March 2023 | $34,394.14 | $9,723.10 | $24,671.04 |
| April 2023 | $140,690.23 | $114,411.35 | $26,278.88 |
| May 2023 | $134,639.91 | $111,668.11 | $22,971.80 |
| *Total Cash Receipts / Total Cash Disbursements* | *$309,724.28* | *$235,802.56* | *$73,921.72* |
| MONTHLY AVERAGES | **$103,241.42** | **$78,600.85** | **$24,640.57** |

Note: As of May 31, 2023, Debtor had an ending balance of $100,788.25 in its DIP account. Debtor predicts positive cash flow for the upcoming months leading to the Plan confirmation.

# Vici Wellness, Inc

## Statement of Cash Flows
### March 24-31, 2023

|  | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 24,931.51 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | 0.00 |
| Inventory Asset | 3,005.75 |
| AMEX | 112.68 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **3,118.43** |
| **Net cash provided by operating activities** | **$28,049.94** |
| **FINANCING ACTIVITIES** |  |
| Business Backer Loan | -3,378.90 |
| **Net cash provided by financing activities** | **$ -3,378.90** |
| **NET CASH INCREASE FOR PERIOD** | **$24,671.04** |
| Cash at beginning of period | 26,865.53 |
| **CASH AT END OF PERIOD** | **$51,536.57** |

# Vici Wellness, Inc

## Profit and Loss
### March 24-31, 2023

|  | TOTAL |
|---|---|
| **Income** | |
| Faire Income | 330.90 |
| Interest Income | 0.02 |
| PayPal Income | 8,646.35 |
| Shopify Income | 24,904.20 |
| Square Income | 512.67 |
| **Total Income** | **$34,394.14** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 3,005.75 |
| Postage | 30.30 |
| **Total Cost of Goods Sold** | **$3,036.05** |
| **GROSS PROFIT** | **$31,358.09** |
| **Expenses** | |
| Advertising and Promotion | 1,535.00 |
| Bing | -7.60 |
| Google Ads | 2,754.62 |
| **Total Advertising and Promotion** | **4,282.02** |
| Bank Service Charges | 5.00 |
| Benefits | 0.00 |
| Health Insurance | 2,049.58 |
| **Total Benefits** | **2,049.58** |
| Dues & Subs | 19.99 |
| Phone / Fax | 69.99 |
| **Total Expenses** | **$6,426.58** |
| **NET OPERATING INCOME** | **$24,931.51** |
| **NET INCOME** | **$24,931.51** |

# Vici Wellness, Inc

## Profit and Loss

April 2023

| | TOTAL |
|---|---:|
| Income | |
| Faire Income | 1,912.40 |
| Interest Income | 0.02 |
| PayPal Income | 36,847.74 |
| Shopify Income | 94,060.68 |
| Square Income | 7,869.39 |
| **Total Income** | **$140,690.23** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 14,418.10 |
| Packaging | 11,492.93 |
| Postage | 11,409.20 |
| **Total Cost of Goods Sold** | **$37,320.23** |
| GROSS PROFIT | **$103,370.00** |
| Expenses | |
| Advertising and Promotion | 0.00 |
| Advida | 15,999.03 |
| Facebook | 37,361.21 |
| Google Ads | 14,488.21 |
| Vista Print | 524.30 |
| **Total Advertising and Promotion** | **68,372.75** |
| Bank Service Charges | 46.99 |
| Benefits | 0.00 |
| Health Insurance | 2,095.89 |
| **Total Benefits** | **2,095.89** |
| Dues & Subs | 0.00 |
| Adobe | 44.97 |
| Faire Expenses | 19.99 |
| G Suite | 300.26 |
| Gorgias | 540.00 |
| Just Call | 50.00 |
| Klaviyo | 1,283.75 |
| Quickbooks | 30.00 |
| Shopify | 1,413.76 |
| Stamped.IO | 1,199.00 |
| Wicked Reports | 640.00 |
| **Total Dues & Subs** | **5,521.73** |
| Insurance Expense | 218.00 |
| Office Supplies | 93.08 |

# Vici Wellness, Inc

## Profit and Loss

### April 2023

|  | TOTAL |
|---|---:|
| Outside Services | 3,000.00 |
| Wis Management | 4,500.00 |
| **Total Outside Services** | **7,500.00** |
| Phone / Fax | 170.00 |
| Professional Fees | 65.00 |
| Rent Expense | 4,000.00 |
| Taxes | 0.00 |
| Sales Tax Expense | 3,621.00 |
| **Total Taxes** | **3,621.00** |
| Telephone Expense | 232.67 |
| **Total Expenses** | **$91,937.11** |
| NET OPERATING INCOME | **$11,432.89** |
| NET INCOME | **$11,432.89** |

# Vici Wellness, Inc

## Statement of Cash Flows
April 2023

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 11,432.89 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | 0.00 |
| Inventory Asset | 8,618.10 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **8,618.10** |
| **Net cash provided by operating activities** | **$20,050.99** |
| FINANCING ACTIVITIES | |
| Business Backer Loan | 3,378.90 |
| **Net cash provided by financing activities** | **$3,378.90** |
| NET CASH INCREASE FOR PERIOD | **$23,429.89** |
| Cash at beginning of period | 51,536.57 |
| CASH AT END OF PERIOD | **$74,966.46** |

# Vici Wellness, Inc

## Statement of Cash Flows

May 2023

|  | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 29,535.24 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | 0.00 |
| Inventory Asset | -3,779.75 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | **-3,779.75** |
| Net cash provided by operating activities | **$25,755.49** |
| NET CASH INCREASE FOR PERIOD | **$25,755.49** |
| Cash at beginning of period | 74,966.46 |
| CASH AT END OF PERIOD | **$100,721.95** |

# Vici Wellness, Inc

## Profit and Loss

### May 2023

| | TOTAL |
|---|---:|
| **Income** | |
| Faire Income | 2,165.36 |
| PayPal Income | 37,060.75 |
| Shipping Income | 74.96 |
| Shopify Income | 94,908.06 |
| Square Income | 430.78 |
| **Total Income** | **$134,639.91** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 13,673.55 |
| Packaging | 3,000.00 |
| Postage | 8,846.05 |
| **Total Cost of Goods Sold** | **$25,519.60** |
| **GROSS PROFIT** | **$109,120.31** |
| **Expenses** | |
| Advertising and Promotion | 2,000.00 |
| Adv da | 15,000.00 |
| Facebook | 27,236.61 |
| GoDaddy | 33.98 |
| Google Ads | 11,206.32 |
| **Total Advertising and Promotion** | **55,476.91** |
| Automobile Expense | 780.00 |
| Bank Service Charges | 0.59 |
| Benefits | 0.00 |
| 401 K | 679.22 |
| Health Insurance | 2,049.58 |
| **Total Benefits** | **2,728.80** |
| Dues & Subs | 0.00 |
| Adobe | 29.98 |
| Faire Expenses | 19.99 |
| G Suite | 288.00 |
| Gorgias | 540.00 |
| Just Call | 50.00 |
| Klaviyo | 1,283.75 |
| Shopify | 1,547.86 |
| Stamped.IO | 1,210.99 |
| UPtrends | 103.10 |
| Wicked Reports | 640.00 |
| YOTPO | 500.00 |
| **Total Dues & Subs** | **6,213.67** |

# Vici Wellness, Inc

### Profit and Loss
### May 2023

| | TOTAL |
|---|---|
| Insurance Expense | 1,126.50 |
| Workers Comp | 33.28 |
| **Total Insurance Expense** | **1,159.78** |
| Office Supplies | 59.00 |
| Officers Salary | 3,002.00 |
| Outside Services | 0.00 |
| Social Media | 1,500.00 |
| Wis Management | 4,500.00 |
| **Total Outside Services** | **6,000.00** |
| Phone / Fax | 167.66 |
| Rent Expense | 3,000.00 |
| Security Alarm | 27.99 |
| Storage | 589.00 |
| Taxes | 0.00 |
| ER Taxes | 314.68 |
| **Total Taxes** | **314.68** |
| Utilities | 64.99 |
| **Total Expenses** | **$79,585.07** |
| **NET OPERATING INCOME** | **$29,535.24** |
| **NET INCOME** | **$29,535.24** |

**EXHIBIT-E**

**(Liquidation Analysis)**

# EXHIBIT – E

# LIQUIDATION ANALYSIS

| Liquidation Analysis | Total Amount | Real Property | Personal Property |
|---|---|---|---|
| Total Property Value | $261,649.95* | $0.00 | $261,649.95 |
| Less: | | | |
| Secured Claims (per | | | |
| Exhibit B-1) | $0.00 | | $0.00 |
| | ---------------- | ---------------- | ---------------- |
| Interest in Nonexempt Property | $261,649.95 | $0.00 | $261,649.95 |
| Less: | | | |
| Estimated Ch 7 Admin Expenses | | $5,000.00 | |
| Estimated BK Counsel Fee and Sub V Trustee | | $31,520.00 | |
| Schedule E. Priority Claims (see Exhibit B-2) | | $1,839.89 | |
| | | ---------------- | |
| Available to General Unsecured (see Exhibit B-3) | | $223,290.06 | |
| | | | |
| Total General Unsecured (Class 3) | | $487,818.17 | |
| See Exhibit B-3 for more details. | | | |
| Percent Distribution Under Chapter 7 Liquidation | | 45.77% | |
| Percent Distribution Under Chapter 11 Plan | | 100% | |

*NOTE: See **EXHIBIT A** for more details on Total Property Value

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/22/2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Queenie K Ng    queenie.k.ng@usdoj.gov
Subchapter V Trustee: Mark M Sharf (TR)    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com,
2180473420@filings.docketbird.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On 6/22/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __6/22/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/22/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

**2. <u>SERVED BY UNITED STATES MAIL</u>**:

U.S. Trustee:
Queenie K Ng, Esq.
915 Wilshire Blvd., Ste. 1850
Wilshire Blvd., CA 90017

Subchapter V Trustee:
c/o Merritt, Hagen & Sharf, LLP
Attn: Mark M Sharf , Esq.
6080 Center Dr., # 600
Los Angeles, CA 90045

**SECURED CREDITORS:**

On Deck Capital, Inc.
4201 Wilson Blvd., Ste 110-209
Arlington, VA 22203

ODK Capital, LLC
1400 Broadway
New York, NY 10018

On Deck Capital, Inc.
Attn: Kelli Marable
101 W. Colfax Ave., 10 Fl
Denver, CO 80202

**20 LARGEST UNSECURED CREDITORS:**

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Kabbage Funding
505 Lakeland Plaza, Suite 347
Cumming, GA 30040

The Business Backer
10856 Reed Hartman Hwy, #100
Cincinnati, OH 45242

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7345

Kymbirley Brake
9701 Allison Cir.
Huntington Beach, CA 92646

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**